I, Paul Bishop am suing the defendant Brooke  Rollins, Secretary of Agriculture for my non-selection for the position Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ(Ex.1) on the basis of race and sex under the provisions of the Civil Rights Act of 1964 and 5 CFR part 300.104(b). In response to an examination ratings appeal  the United States Department of Agriculture(USDA) in a letter post marked April 7, 2025(Ex.2) has stated that: " I do not understand why you would appeal a positive rating? Your letter states a desire to appeal your rejection by the USDA. You were not rejected by the USDA. You were eligible and qualified but the selecting official, generally the supervisor for the position, selected one of the other candidates. As far as HR is concerned you could have been selected but  were not.(Ex.3) I am also suing defendant Brooke  Rollins, Secretary of Agriculture under the provisions of 5CFR part 7703 to appeal the decision in DC-3443-25-1952-I-1 the Merit System Protection Board issued on April 17,2025.

To qualify for the  position Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ to the GS-11 level applicants must have one year of specialized experience equivalent to the GS-09 that may have been obtained in the public or private sectors which demonstrates:

1.Implementation of strategies for the early detection of plant pest and weeds and/ or phytosanitary certification principles for an agricultural quarantine programs

2. Modify or adapt standard processes, procedures and protocols; identifies and develops program training needs and provided advisory and/or specialized services for USDA agricultural quarantine programs.

3. Management data, prepare and present reports based on pest survey databases.

4. Develop cooperative relationships with representatives of state agencies, Federal departments/ agencies, private industry and academia.

5. Coordination of activities with staff, state cooperators and other Federal departments/ agencies.

Or three years of progressively higher level graduate education leading to a PH.d degree or  PH.d or equivalent doctoral degree in biological sciences, agriculture, natural resources management, chemistry or related disciplines appropriate to the position.


For the position Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ

1. I swear under penalty of perjury that I am an American born black male citizen of African, Native American and European descent.

_Paul Bishop_____ (Aff.1)


2. I swear under penalty of perjury that I have Bachelors of Science degree in Entomology, a Minor of Science degree in Entomology and a Master's of Science Degree in Plant Biology from Rutgers University.

_Paul Bishop_____ (Aff.2)

3. I swear under penalty of perjury that I have over two decades of importing and exporting nursery stock.

_Paul Bishop_____ (Aff.3)

4. I swear under penalty of perjury that I have one year GS-09 experience implementing USDA strategies for the early detection of plant pest and weeds and phytosanitary certification principles for USDA agricultural quarantine programs as a GS-09 Agriculture Specialist with the Department of Homeland Security.

_Paul Bishop_____ (Aff.4)

5. I swear under penalty of perjury that I have GS-11 experience implementing USDA strategies for the early detection of plant pest and weeds and phytosanitary certification principles for USDA agricultural quarantine programs as a GS-11 Agriculture Specialist with the Department of Homeland Security.

_Paul Bishop_____ (Aff.5)

6. I swear under penalty of perjury that I have one year GS-09 experience modifying or adapting standard processes, procedures and protocols and provided advisory and specialized services for USDA agricultural quarantine programs as a GS-09 Agriculture Specialist with the Department of Homeland Security.

_Paul Bishop_____ (Aff.6)

7. I swear under penalty of perjury that I have GS-11 experience modifying or adapting standard processes, procedures and protocols and provided advisory and specialized services for USDA agricultural quarantine programs as a GS-11 Agriculture Specialist with the Department of Homeland Security.

*Paul Bishop* _____ (Aff.7)

8. I swear under penalty of perjury that I have one year of GS-09 experience  managing data, preparing and presenting reports based on pest survey databases as a GS-09 Agriculture Specialist with the Department of Homeland Security.

*Paul Bishop* _____ (Aff.8)

9. I swear under penalty of perjury that I have GS-11 experience  managing data, preparing and presenting reports based on pest survey databases as a GS-11 Agriculture Specialist with the Department of Homeland Security.

*Paul Bishop* _____ (Aff.9)

10. I swear under penalty of perjury that I have as an undergraduate researcher, a graduate researcher, a Somerset County Entomologist, and a GS-09 and GS-11 Agriculture Specialist with the Department of Homeland Security  over seven years developing cooperative relationships with representatives of state agencies, Federal agencies, private industry and academia.

*Paul Bishop* _____ (Aff.10)

11. I swear under penalty of perjury that I have as an undergraduate researcher, a graduate researcher, a Somerset County Entomologist, and a GS-09 and GS-11 Agriculture Specialist with the Department of Homeland Security  over seven years of coordinating activities with staff, state cooperators and other Federal agencies.

*Paul Bishop* _____ (Aff.11)

12. I swear under penalty of perjury that Emily Hagen is a white female.

*Paul Bishop* _____ (Aff.12)

13. I swear under penalty of perjury that Emily Hagen has a Bachelors degree in Environmental Science from Arizonia State University.

_Paul Bishop_____ (Aff.13)

14. I swear under penalty of perjury that Emily Hagen lacks a Masters degree, PH.d degree or  PH.d or equivalent doctoral degree in biological sciences, agriculture, natural resources management, chemistry or related disciplines appropriate to the position.

_Paul Bishop_____ (Aff.14)

15. I swear under penalty of perjury that for the position of Pest Survey specialist, vacancy announcement number DH10916327-20-PQ I was found eligible with the defendant stating that "GS-0401-11; we reviewed your application and found you eligible for this series/grade combination."(Ex.4)

_Paul Bishop_____ (Aff.15)

16. I swear under penalty of perjury that I was interviewed for the position of Pest Survey specialist on November 4,2020.

_Paul Bishop_____ (Aff.16)

17. I swear under penalty of perjury that the defendant has stated that the Plaintiff is eligible and qualified for Pest Survey specialist, vacancy announcement number DH10916327-20-PQ  in a letter post marked April 7,2025

_Paul Bishop_____ (Aff.17)

18. I swear under penalty of perjury that the defendant trained the Plaintiff in basic agricultural training (BAST)(Ex.5) at the USDA's Professional Development Center for ten weeks in Fredrick, Maryland. The

Plaintiff is certified through basic agricultural training (BAST) to conduct plant health safeguarding activities authorized by the Plant Protection Act of 2000 and related regulations.(Ex.6)

_____Paul Bishop_____ (Aff.18)

19. I swear under penalty of perjury that the Plaintiff has made hundreds of agricultural import inspections authorized by the Plant Protection Act of 2000 and related regulations. These inspections required the Plaintiff to have a basic security clearance from the United States Government.

_____Paul Bishop_____ (Aff.19)

20. I swear under penalty of perjury that Emily Hagen prior to being hired as Pest Survey Specialist had never been appointed to GS-11 position and had less than ten years of work experience working for the state of Arizonia's department of agriculture.

_____Paul Bishop_____ (Aff.20)

21. I swear to under penalty of perjury that Emily Hagen prior to being hired as Pest Survey Specialist had never made agricultural import inspections authorized by the Plant Protection Act of 2000 and related regulations at the GS-11 level.

_____Paul Bishop_____ (Aff.21)

22. I swear to under penalty of perjury that Emily Hagen was hired for the position Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ without a Ph.d or  PH.d or equivalent doctoral degree in biological sciences, agriculture, natural resources management, chemistry or related disciplines appropriate to the position.(Ex.7)

_____Paul Bishop_____ (Aff.22)

23. I swear to under penalty of perjury that I have never filed an appeal or any other documents with the Merit System Protection Board's Wahington D.C. regional office in Arlington, Virginia.

_____Paul Bishop_____ (Aff.23)

The defendant has stated that the Plaintiff is eligible and qualified for the position Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ. The Plaintiff is black male citizen of African, Native American and European descent with a Bachelors of Science degree in Entomology, a Minor of  Science degree in Entomology and a Master's of Science Degree in Plant Biology from Rutgers University. The Plaintiff has over two decades of importing and exporting nursery stock. The Plaintiff has as an undergraduate researcher, a graduate researcher, a Somerset County Entomologist, and a GS-09 and GS-11(Ex.8)((Ex.9) Agriculture Specialist with the Department of Homeland Security  over seven years developing cooperative relationships with representatives of state agencies, Federal agencies, private industry and academia.

 The defendant trained the Plaintiff in basic agricultural training (BAST) at the USDA's Professional Development Center for ten weeks in Fredrick, Maryland. The Plaintiff is certified through ten weeks of basic agricultural training (BAST) to conduct plant health safeguarding activities authorized by the Plant Protection Act of 2000 and related regulations. The Plaintiff has made hundreds of agricultural import inspections authorized by the Plant Protection Act of 2000 and related regulations as a GS-09 and GS-11 Agriculture Specialist with the Department of Homeland Security. The Plaintiff has superior qualifications than Emily Hagen for this position.

The Defendant instead hired Emily Hagen (Ex.10) a white female with less education and less experience than the Plaintiff. Emily Hagen only has Bachelors degree in Environmental Science from Arizonia State University. Emily Hagen prior to being hired as Pest Survey Specialist had never been appointed to GS-11 position and had less than ten years of work experience working for the state of Arizonia's department of agriculture. Emily Hagen prior to being hired as Pest Survey Specialist had never made agricultural import inspections authorized by the Plant Protection Act of 2000 and related regulations at the GS-11 level.


I am requesting a jury trial.

Damages: I am requesting all monetary damages and all other awards allowed by the Civil Rights Act of 1964 for loss of salary and promotional opportunities. I am requesting all monetary damages and all other awards allowed by other applicable state and federal laws. I am requesting any and all relief obtainable under the Civil Rights Act of 1964 as well as any other applicable state and federal law.


Paul Bishop

5-13-25



USAJOBS - Job Announcement

## Pest Survey Specialist

DEPARTMENT OF AGRICULTURE

Animal and Plant Health Inspection Service

RECEIVED
Mailroom

MAY 1 9 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

### Open & closing dates

🕐 09/23/2020 to 09/29/2020

### Service

Competitive

### Pay scale & grade

GS 11

### Salary

$66,311 to $86,203 per year

### Appointment type

Permanent

### Work schedule

Full-Time

### Locations

1 vacancy in the following location:

**Phoenix, AZ**

### Relocation expenses reimbursed

No

### Telework eligible

Yes as determined by agency policy

## This job is open to



**Career transition (CTAP, ICTAP, RPL)**
Federal employees who meet the definition of a "surplus" or "displaced" employee.

**The public**
U.S. citizens, nationals or those who owe allegiance to the U.S.

## Clarification from the agency

Applications will be accepted from any U.S. citizen. Direct Hire Authority will be used to fill this position. Veterans Preference and traditional rating and ranking of applicants does not apply to this vacancy.

### Announcement number

DH-10916327-20-PQ

### Control number

579510800

Ex. 1
Page 1

# Summary

If selected for this position, you will perform a variety of specialized duties that provide for development, implementation, and maintenance of an early detection survey program for plant pests and weeds critical to reducing potential economic and environmental losses, which could also increase the likelihood of timely eradication, or other mitigation measures.

# Overview

**Hiring complete**

## Open & closing dates
🕓 09/23/2020 to 09/29/2020

## Salary
$66,311 - $86,203 per year

## Pay scale & grade
GS 11

## Location

1 vacancy in the following location:

**Phoenix, AZ**

## Telework eligible
Yes—as determined by the agency policy.

## Travel Required
25% or less - Must be able to travel on a routine basis and be willing to work at odd times, including overtime, weekends, holidays and shifts.

## Relocation expenses reimbursed
No

## Appointment type
Permanent

## Work schedule
Full-Time

Ex. 1
page 2

## Additional information

- Career Transition Assistance Plan (CTAP), Reemployment Priority List (RPL), or Interagency Career Transition Assistance Plan (ICTAP): Visit the

  website for information on how to apply as a CTAP, RPL, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/RPL/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. When assessed through a score-based category rating method, CTAP/ICTAP applicants must receive a rating of at least 85 out of a possible 100.

- First time hires to the federal government normally start at the lowest rate of the salary range for the grade selected.

- Travel, transportation, and relocation expenses will not be paid. Any travel, transportation, and relocation expense associated with reporting for duty will be the responsibility of the selected employee.

- This position is eligible for telework within the local commuting area of the duty location of the position. Employee participation is at the discretion of the supervisor.

## Benefits

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding.

# How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

This is a Direct-Hire Authority position, all applicants who meet the minimum qualifications, to include any specialized experience and/or selective placement factor(s), if applicable, will be referred to the selecting official. Before a certificate is issued to the selecting official, your application is reviewed to ensure that you meet all the qualification requirements. A rating will not be used; veteran's preference does not apply due to the existence of the Direct Hire authority for this position.

Note: If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, you may be found ineligible. Please follow all instructions carefully. Errors or omissions may affect your rating. Providing inaccurate information on Federal documents could be grounds for non-selection or disciplinary action up to including removal from the Federal service.

To preview the application questionnaire, please visit:

# Required Documents

Ex. 1
page 3

The following documents are required for your applicant package to be complete. Our office cannot be responsible for incompatible software, your system failure or downtime, etc. Encrypted documents will not be accepted. Failure to submit required,

.d visits may require physical exertion, such as walking over rough or rocky terrain or climbing ladders on rail cars or grain
.levators.

- May experience discomfort due to adverse weather conditions, high noise levels, pesticides, and working around agricultural or
industrial equipment.

# Qualifications

Applicants must meet all qualifications and eligibility requirements by the closing date of the announcement, including specialized
experience and/or education, as defined below.

**BASIC REQUIREMENT: Degree:** biological sciences, agriculture, natural resource management, chemistry, or related disciplines
appropriate to the position.

**OR Combination of education and experience:** Courses equivalent to a major, as shown above, plus appropriate experience or
additional education.

**FOR THE GS-11 LEVEL:** Applicants must have one year of specialized experience (equivalent to the GS-09 level) that may have been
obtained in the private or public (local, county, state, Federal) sectors which demonstrates:

- Implementation of strategies for early detection surveys of plant pests and weeds, and/or phytosanitary certification principles
for an agricultural quarantine program.
- Modify or adapt standard processes, procedures and protocols; Identifies and develops program training needs; and provide
advisory and/or specialized services for an agricultural quarantine program.
- Management data, prepare and present reports based on Pest Survey databases (e.g. IPHIS, Collector, and/or NAPIS).
- Development of cooperative relationships with representatives of state agencies, Federal departments/agencies, private
industries, and/or academia.
- Coordination of activities with staff, state cooperators, and other Federal departments/agencies.

**OR** 3 years of progressively higher level graduate education leading to a Ph.D. degree *or* Ph.D. or equivalent doctoral degree in
biological sciences, agriculture, natural resource management, chemistry, or related disciplines appropriate to the position.

Equivalent combinations of education and experience are qualifying for this grade level.

**TRANSCRIPTS** are required:

- This position requires specific coursework or a degree in a specific field to be basically qualified.
- You are qualifying for the position based on education.
- You are qualifying for this position based on a combination of experience and education.
- This education must have been successfully completed and obtained from an accredited school, college, or university

**COMBINATION OF EDUCATION & EXPERIENCE AT THE GS-11 GRADE LEVEL:** Applicants may have combinations of successfully
completed education and specialized experience to meet total qualification requirements. The total percentages must equal at least
100 percent to qualify for that grade level.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace
Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social).
Volunteer work helps build critical competencies and can provide valuable training and experience that translates directly to paid
employment. You will receive credit for all qualifying experience, including volunteer experience.

# Education

Please see Qualifications Section above for educational requirements.

Ex. 1
page. 4

,ouncement in order to be entered into the system prior to its closing.

This agency provides reasonable accommodation to applicants with disabilities on a case-by-case basis; contact the Agency Contact to request this.

**Step 1:** Create a USAJOBS account (if you do not already have one) at www.usajobs.gov. It is recommended that as part of your profile you set up automatic email notification to be informed when the status of your application changes. If you choose not to set up this automatic notification, then you will have to log into your USAJOBS account to check on the status of your application.

**Step 2:** Create a Resume with USAJOBS or upload a Resume into your USAJOBS account. You may want to customize your resume to ensure it documents duties and accomplishments you have gained that are directly related to this position in order to verify that qualifications are met. In addition, your resume must support your responses to the online questionnaire (you may preview the online questionnaire by clicking on the link at the end of the How You Will Be Evaluated section of the job announcement).

**Step 3:** Click "Apply Online" and follow the prompts to complete the Occupational Questionnaire and attach any additional documents that may be required. You can update your application or documents anytime while the announcement is open. Simply log into your USAJOBS account and click on "Application Status." Click on the position title, and then select "Update Application" to continue.

**NOTE**: If a document is resubmitted, it replaces the previous submission, which means the previous document is no longer available to the Human Resources Office. If you are adding to, rather than replacing a previous submission, you must upload both the old document and the new document. You must verify that uploaded documents from USAJOBS transfer into the Agency's staffing system as there is a limitation to the number of documents that can be transferred. However, once in the Agency's staffing system, you will have the opportunity to upload additional documents. Applicants may combine all like required documents (e.g. SF-50s or veteran docs) into one or more files and scan for uploading into the application. Each file must not exceed 3MB. Grouping like documents into files will simplify the application process. Documents must be in one of the following formats: GIF, JPEG, JPG, PDF, PNG, RTF, or Word (DOC or DOCX). Uploaded documents may not require a password, digital signature, or other encryption to open.

# Agency contact information

## APHIS Human Resources

**Phone**

**Email**

**Address**

Animal and Plant Health Inspection Service
USDA APHIS MRPBS
250 Marquette Avenue, Suite 410
Minneapolis, MN 55401
US

# Next steps

*Ex. 1*
*page 5*