RECEIVED
Mailroom

JAN 14 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Paul .Bishop
22 Sunnyside Lane
Hillsborough,NJ
08844 ·

United States District Court   HON. Trevor N McFadden
District of Columbia             Civil Action 25-cv-1625
Washington DC                    1.MEMORANDUM OF LAW FOR SUMMARY JUDMENT
                                 2.MOTION FOR SUMMARY JUDGMENT
                                 3.MOTION TO DISQUALIFY TREVOR McFADDEN

Paul Bishop
Plaintiff

v.

Brook Rollins

In accordance with 5 CFR part 300.104 the Defendant states that Plaintiff is qualified for the position Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ. The Court must now affirm this fact by summary judgment. This motion for summary judgment also serves as a motion to disqualify Judge Trevor N McFadden from this lawsuit.

For the purpose of the above motions, particularly for summary judgment these facts are not in dispute:

1.This Court has no subject matter jurisdiction to address the Plaintiff's qualifications for Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ.

2. I was interviewed for this position on November 4,2020. from a certificate of eligibles(Ex.25).

3. The Plaintiff appealed Judge Trevor N McFadden determination that he was unqualified for the position of DH10916327-20-PQ, Pest Survey Specialist directly to the United States Department of Agriculture(USDA) as was his right under federal law. . 5 CFR part 300.104(b).

4.The Civil Service Reform Act gives an applicant for federal employment the right to appeal his ratings examination or the rejection his application directly to the agency to which the applicant applied. 5 CFR part 300.104(b).

Paul Bishop          12·22·25

5. On April 3, 2025 I requested for an appeal of my examination rating for the position of DH10916327-20-PQ, Pest Survey Specialist from the Department of Agriculture. In response to an examination ratings appeal the United States Department of Agriculture(USDA) in a letter post marked April 7, 2025(Ex.2) has stated that: " I do not understand why you would appeal a positive rating? Your letter states a desire to appeal your rejection by the USDA. You were not rejected by the USDA. You were eligible and qualified but the selecting official, generally the supervisor for the position, selected one of the other candidates. As far as HR is concerned you could have been selected but were not.(Ex.3)

6.The Court must not second guess an employer's initial choice of appropriate qualifications. Jackson v. Gonzales 496 F.3d 703,708(D.C.Cir.2007) Neither candidates nor courts define qualifications, however employers do. Jeffries v. Garland (No. 15-cv-1007) WL 2982169 at 11 (D.D.C. 2022)

7. The Court is not a super personnel department that reexamines an entity's business decisions, Jackson v. Gonzales 496 F.3d 703,708(D.C.Cir.2007) and business decisions include assessing employee qualifications. Holcomb v, Powell 433 F.3d 889,897 (D.C.Cir.2006)

Conclusion:
Because this Court can not second guess an employer's initial choice of appropriate qualifications this Court must be compelled to accept its finding; that the Plaintiff is eligible and qualified for the position Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ via summary judgment. Because the Court acted in determining the Plaintiff's qualifications for this position and had no authority to do so this Court's judgment can not be trusted. I therefore motion that the Honorable Judge Trevor N McFadden remove himself from this lawsuit. 28USC part 455 and 28 USC part 144.

Paul Bishop
12.22.25

TABLE OF CONTENTS:

Page 1
Citations of law
5 CFR part 300.104(b).
Page 2
28USC part 455
28 USC part 144.
Citation of Authorities
Page 2
Jackson v. Gonzales 496 F.3d 703,708(D.C.Cir.2007)
Jeffries v. Garland (No. 15-cv-1007) WL 2982169 at 11 (D.D.C. 2022)
Holcomb v, Powell 433 F.3d 889,897 (D.C.Cir.2006)

United States District Court   HON. Trevor N McFadden
District of Columbia           Civil Action 25-cv-1625
Washington DC                  NOTICE OF MOTION
                               A FOR SUMMARY JUDGMENT OF QUALIFICATIONS

On April 3, 2025 I requested for an appeal of my examination rating for the position of
DH10916327-20-PQ, Pest Survey Specialist from the Department of Agriculture. In response to
an examination ratings appeal the United States Department of Agriculture(USDA) in a letter
post marked April 7, 2025(Ex.2) has stated that: " I do not understand why you would appeal a
positive rating? Your letter states a desire to appeal your rejection by the USDA. You were not
rejected by the USDA. You were eligible and qualified. I therefore motion to be determined as
qualified for this position by this Court.

Paul Bishop
12.22.25

United States District Court   HON. Trevor N McFadden
District of Columbia           Civil Action 25-cv-1625
Washington DC

                              NOTICE OF MOTION
                              A TO DISQUALIFY JUDGE TREVOR McFADDEN
                              FROM THIS LAWSUIT


Because this Court can not  second guess an employer's initial choice of appropriate
qualifications this Court must be compelled to accept its finding; that the Plaintiff is eligible and
qualified for the position Pest Survey Specialist, vacancy announcement number DH10916327-
20-PQ  via summary judgment. Because the Court acted in determining the Plaintiff's
qualifications for this position and had no authority to do so this Court's judgment can not be
trusted. I therefore motion that the Honorable Judge Trevor N McFadden remove himself from this
lawsuit. 28USC part 455 and 28 USC part 144.


Paul Bishop
12.22.25

United States District Court    HON. Trevor N McFadden
·District of Columbia            Civil Action 25-cv-1625
Washington DC

CERTIFICATE OF SERVICE

I have served the following via UPS on  December 22 ,2025

1.The Clerk of the Federal Court, Washington DC

I have served the following via USPS on  December  23 ,2025

2. The US District Attorney Washington DC

The US District Attorney Saiffuddin Kalowala was called on December 22, 2025

These motions where not contested _____

These motions where not contested as the respondent was called but not reached _____

These motions where contested _X___

Paul Bishop
) 2·22·25