Paul'.Bishop
22 Sunnyside Lane
Hillsborough,NJ
08844

RECEIVED
Mailroom

JAN 14 2026

AngelaD.Caesar,ClerkofClerk
U.S.DistrictCourt District of Columbia

United States District Court    HON. Trevor N McFadden
District of Columbia            Civil Action 25-cv-1625
Washington DC

          1.MEMORANDUM OF LAW FOR SUMMARY JUDGMENT
           AGAINST DISMISSAL
          2.AFFIDAVITS FOR SUMMARY JUDGMENT AGAINST
           DISMISSAL
          3.MOTION FOR SUMMARY JUDGMENT AGAINST
           DISMISSAL

Paul Bishop
Plaintiff

v.
Brook Rollins

In accordance with Federal Rule of Civil Procedure 5(b)(2) the defendant has not served the Plaintiff with its motion for dismissal. The Plaintiff submits this motion for summary judgment as answer, in part for the Court's January 17, 2026 deadline. For all the following reasons this action can not be dismissed.

For the purpose of the above motion
these facts are not in dispute:

1.I swear under penalty of perjury that on January 2, 2026 at 4:30 PM I called US Attorney Saifuddin Kalowala and left a message on his answering machine that I had not yet received his motion to dismiss Civil Action 25-cv-1625. I also informed him that I had motioned that Judge Trevor N McFadden extend the Plaintiff's time to answer the defendant's motion to dismiss Civil Action 25-cv-1625 from January 17, 2026 to January 30.2026. This motion was not contested as the respondent was called but not reached

_Paul Bishop 1.11.26_

2.I swear under penalty of perjury that on January 8, 2026 at 2:25 PM I called US Attorney Saifuddin Kalowala and left a message on his answering machine that I had not yet received his motion to dismiss

Civil Action 25-cv-1625.

*Paul Bishop    1·11·26*

3.I swear under penalty of perjury that on January 9, 2026 at 11:39 AM US Attorney Saifuddin Kalowala called my home and stated to me that he was returning my phone call and that he had not as yet mailed me a copy of his motion to dismiss Civil Action 25-cv-1625. Saifuddin Kalowala asked me for an e-mail address so that he could me serve his motion to dismiss. I informed him that I have not received his motion to dismiss Civil Action 25-cv-1625.  I also informed him I did not have an e-mail address and I refused consent to be served electronically.FCRP5(b)(2)(E) I informed Saifuddin Kalowala that he would have to send me his motion to dismiss by mail. Saifuddin Kalowala then asked me if my mailing address was 22 Sunnyside Lane, Hillsborough, New Jersey. I then affirmed to Saifuddin Kalowala that this was my mailing address. Saifuddin Kalowala then stated that he would have his secretary mail a 'courtesy copy' of his motion to dismiss Civil Action 25-cv-1625 to the Plaintiff's mailing address.

*Paul Bishop 1·11·26*

4.Service for US Attorney Saifuddin Kalowala's motion to dismiss Civil Action 25-cv-1625 has not been effective because Saifuddin Kalowala has learned that the Plaintiff has not received his motion on January 2, 2026, January 8, 2026 and January 9, 2026. FCRP5(b)(2)(E)    *Paul Bishop   1·11·26*

5. As of January 10, 2026 I have not received Saifuddin Kalowala's his motion to dismiss Civil Action 25-cv-1625.

*Paul Bishop 1·11·26*

6.In accordance with 5 CFR part 300.104 the Defendant states that Plaintiff is qualified for the position Pest Survey Specialist, vacancy announcement number DH10916327-20-PQ.

*Paul Bishop 1·11·26*

TABLE OF CONTENTS:

Page 2
Citations of law
FCRP5(b)(2)(E)
5 CFR part 300.104.

United States District Court    HON. Trevor N McFadden
District of Columbia            Civil Action 25-cv-1625
Washington DC

### NOTICE OF MOTION

### FOR A SUMMARY JUDGMENT AGAINST DISMISSAL

On January 9, 2026 at 11:39 AM US Attorney Saifuddin Kalowala called my home and stated to me that he was returning my phone call and that he had not as yet mailed me a copy of his motion to dismiss Civil Action 25-cv-1625. Saifuddin Kalowala asked me for an e-mail address so that he could me serve his motion to dismiss. I informed him that I have not received his motion to dismiss Civil Action 25-cv-1625. I also informed him I did not have an e-mail address and I refused consent to be served electronically.FCRP5(b)(2)(E) I informed Saifuddin Kalowala that he would have to send me his motion to dismiss by mail. Saifuddin Kalowala then asked me if my mailing address was 22 Sunnyside Lane, Hillsborough, New Jersey. I then affirmed to Saifuddin Kalowala that this was my mailing address. Saifuddin Kalowala then stated that he would have his secretary mail a 'courtesy copy' of his motion to dismiss Civil Action 25-cv-1625 to the Plaintiff's mailing address. Service for US Attorney Saifuddin Kalowala's motion to dismiss Civil Action 25-cv-1625 has not been effective because Saifuddin Kalowala has learned that the Plaintiff has not received his motion on January 2, 2026, January 8, 2026 and January 9, 2026. Therefore I motion the Court for a summary judgment against dismissal.

Paul Bishop
1.11.26

United States District Court   HON. Trevor N McFadden
District of Columbia           Civil Action 25-cv-1625
Washington DC

CERTIFICATE OF SERVICE

I have served the following via UPS on January 12,2025

1.The Clerk of the Federal Court, Washington DC

I have served the following via USPS on January 12,2025

2. The US District Attorney Washington DC

Paul Bishop 1.11.26