UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL BISHOP,

              Plaintiff,

      v.                                    Civil Action No. 25-1625 (TNM)

BROOKE L. ROLLINS, SECRETARY,
U.S. DEPARTMENT OF AGRICULTURE

              Defendant.

## REPLY IN FURTHER SUPPORT OF
## DEFENDANT'S MOTION TO DISMISS

Defendant, the Department of Agriculture (the "Department"), by and through undersigned counsel, respectfully submits this Reply in further support of its Motion to Dismiss ("Def.'s Mot.," ECF No. 15) *pro se* Plaintiff Paul Bishop's Complaint (ECF No. 1) pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) for failure to state a claim upon which relief can be granted. As set forth in Defendant's motion, Plaintiff's Complaint fails to allege facts sufficient to state a plausible claim of discrimination. The opposition does not remedy these deficiencies.

Plaintiff alleges, in relevant part, that he received an email from a Department employee dated April 7, 2025, stating that Plaintiff was eligible and qualified for the position, but that the selecting official ultimately chose another candidate. Compl. at 1. First, the explanation is facially neutral and consistent with lawful hiring discretion. Second, even accepting this allegation as true, it does not plausibly suggest unlawful discrimination. At most, it establishes that Plaintiff met minimum qualifications but was not selected. It does not plausibly connect his race or sex to the hiring decision. Plaintiff's opposition reiterates the same conclusory assertion—that his non-selection itself gives rise to an inference of discrimination. But the law is clear that more is

required.    Plaintiff must plead sufficient facts that permit a reasonable inference of discrimination—not merely that he belongs to a protected class and was not selected.  *See Brown v. Sessoms*, 774 F.3d 1016, 1023 (D.C. Cir. 2014) (affirming dismissal where plaintiff failed to allege facts connecting adverse action to discriminatory motive); *see also Jones v. Air Line Pilots Ass'n, Int'l*, 642 F.3d 1100 (D.C. Cir. 2011) (citing *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 511 (2002)).  Contrary to Plaintiff's assertions, the mere fact that an employer selects one qualified candidate over another does not give right to an inference of unlawful discrimination.

For these reasons, Plaintiff has failed to alleged facts that plausibly suggest that the Department discriminated against him on the basis of race or sex.  Plaintiff's opposition does not identify any additional factual allegations that would cure this defect.  Rather, Plaintiff continues to rely on the bare fact of his non-selection as proof of discrimination, which is insufficient as a matter of law.  Accordingly, Defendant respectfully requests that the Court grant dismiss the Complaint in its entirety.

Dated: March 3, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Saifuddin K. Kalolwala*
    SAIFUDDIN K. KALOLWALA
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-2550
    Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*